UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVEUNE N.W.
WASHINGTON D.C. 20001-2802

STANLEY A. SLUPKOWSKI )   CA:   Case: 1:08-mc-00507
                      )         Assigned To : Friedman, Paul L.
        PETITIONER,   )         Assign. Date : 7/22/2008
                      )         Description: Miscellaneous
         V            )
                      )
SECRETARY OF VETERANS AFFAIRS )
                      )
        RESPONDENT.   )
                      )
                      )

SECOND NOTICE FOR APPEAL TO THE ABOVE NAMED COURT

PETITIONER/APPELLANT IS NOT A PRISONER WITHIN THE MEANING TO THE
PRISONER LITIGATION REFORM ACT (PLRA) AND IS TAKEN THIS APPEAL
INFORMA PAUPERIS (IFP) TO PROCEED IN:

1. The court assigned case no 1:08-mc-383 to two petitions one the Inspector General House of Repersentatives which now has Federal Circuit case no., of 08-5198. On 26 June 2008, the petitioner filed "WRIT" commanding a "STAY OF PROCEEDINGS" Supersedeas for case no., 08-383 assigned to the Secretary of Veterans Affairs on this date of this petition, the petition received notice from this court of case no., only assigned to Inspector General House of Representatives only, deleting Secretary of Veterans Affairs as also with same case no.,.

2. Petitioner request new case no., be assigned to Secretary of Veterans Affairs, and process for appeal. REVERSE SIDE OF PETITION HAS CAPTION SUPERSEDEAS WRIT COMMANDING STAY OF PROCEEDINGS.

16 JULY 2008                         STANLEY A. SLUPKOWSKI PRO SE:

CERTIFICATE OF SERVICE

DISTRICT CLERK                       CERTIFIED MAIL 7004 1160 0007 4966 4832
U.S. DISTRICT COURT                  RETURN RECEIPT REQUESTED
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
WASHINGTON D.C. 20001-2802
16 JULY 2008                         STANLEY A. SLUPKOWSKI PRO SE:
                                     FMC19289-083 BLDG 1-2
RECEIVED                             FEDERAL MEDICAL CENTER
JUL 2 2 2008                         P.O. BOX 4000
Clerk, U.S. District and             ROCHESTER MN., 55903-4000
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
WASHINGTON D.C. 20001-2802

08-mc-507

| | |
|---|---|
| STANLEY A. SLUPKOWSKI )<br><br>    PETITIONER, )<br>)<br>V. )<br>)<br>SECRETARY OF VETERANS AFFAIRS )<br>)<br>    RESPONDENT(S) ET AL.,)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO 08-383 NOTICE OF APPEAL FOR SECRETARY OF VETERANS AFFAIRS DTD 8 APRIL 2008, NOTICE OF APPEAL FILED 27 MAY 2008, RECEIVED USDC WDC 2 JUNE 2008, ISSUED THE ABOVE CASE NUMBER, CO-JOINTLY WITH DEPARTMENT OF DEFENSE PROCEEDINGS UNDER THE INSPECTOR GENERAL HOUSE OF REPRESENTATIVES FOR THE U.S. CONGRESS, (THIS APPEAL IS CURRENTLY UNDER THE AUTHORITY OF THE SUPREME COURT AS OF 25 JUNE 2008, UNDER SUPERSEDEAS "A **WRIT** COMMANDING A "STAY OF PROCEEDINGS." FOR THE INSPECTOR GENERAL OF HOUSE OF REPERSENTIVES OF THE U.S. CONGRESS ONLY.<br><br>UNDER THE PROCEEDING FOR SECRETARY OF VETERANS AFFAIRS CASE NO 08-383 BE **VACATED**, TO SET ASIDE, AND ASSIGNMENT OF NEW CASE NUMBER, SINCE SECRETARY OF VETERANS AFFAIRS DEALS WITH DISTRICT COURTS WASHINGTON D.C., ALEXANDRIA VA., AND RALEIGH NC., CONCERNING THE COMMITMENT OF THE PETITIONER TO CUSTODY OF U.S. ATTORNEY GENERAL. PROCEEDING CURRENTLY IN SUPREME COURT FOR INSPECTOR GENERAL HOUSE OF REPRESENTATIVES DEALS WITH AGENCIES DEPARTMENT OF DEFENSE, TWO SEPERATE ENTITIES, THEREFOR CANNOT BE ASSIGNED THE SAME CASE NUMBER. |

MOTION FOR SUPERSEDEAS "**WRIT** COMMANDING A "STAY OF PROCEEDINGS"
FOR CASE NO 08-383 ASSIGNED TO THE SECRETARY OF VETERANS AFFAIRS BE

**VACATED**

1. The proceeding with the Secretary of Veterans Affairs in Washington D.C. District Court, and District Courts Alexandria Va., and Raleigh NC., neither require prepayment of fees or securities pursuant to 42:1983, 42:1997, 38:4223, and 28:1915N14 AND N33, is civilly commited and or disabled, and funded by the Veterans Affairs, Social Security and Department of Defense Agencies, they comsume all financial responsibilities of the Petitioner in all legal proceedings outside of criminal proceedings.

2. There is not requirement for legal counsel to be appointed by the